THIRD DEPARTMENT, MAY, 1970

(May 6, 1970)

■ COLUMBIA GAS OF NEW YORK, INC., Respondent-Appellant, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant-Respondent.— Motion for reargument denied, without costs. Motion for permission to appeal to the Court of Appeals granted, without costs. Decision dated February 9, 1970 (33 A D 2d 1057) amended to read: " Order modified, on the law, so as to deny the motion to dismiss the second cause of action, and, as so modified, affirmed, without costs." No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following questions of law, decisive of the correctness of its determination, have arisen, which in its opinion ought to be reviewed by the Court of Appeals: " (1) Does plaintiff have standing to maintain the first cause of action alleged in the complaint?; (2) Does the first alleged cause of action state a cause of action?; (3) Does the second alleged cause of action state a cause of action?" Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES SANDERS, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], pars. 1, 5, 6) thereof. Herlihy, P. J., Reynolds, Aulisi, Greenblott and Sweeney, JJ., concur.

(May 7, 1970)

■ In the Matter of the Claim of ANTHONY PALMIGIANO, JR., Appellant, v. EQUITABLE PAPER BAG Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion, insofar as it seeks permission to proceed upon one typewritten copy of the record and six typewritten copies of the brief and appendix, granted, and in all other respects denied, without costs. Upon this appeal our review is limited to the question whether the board's action was arbitrary and capricious. (*Matter of Fairbanks* v. *Brewer-Titchener Corp.*, 25 A D 2d 583.) Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.